IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00353-RPM

LARA ROOSEVELT-HENNIX,

    Plaintiff,

v.

THE CITY OF FLORENCE;
OFFICER SHANE PRICKETT, in his individual and official capacities; and
OFFICER JAMES BARR, in his individual and official capacities,

    Defendants.

---

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

---

Upon review of defendants' Unopposed Motion to Amend Scheduling Order [12] filed October 7, 2011, it is

ORDERED that the motion is granted.  The deadline for contradicting expert witness disclosures as contained in the Scheduling Order [Docket Entry No. 7] is extended from October 14, 2011 to October 28, 2011, and the deadline for rebuttal expert witness disclosures is extended from November 4, 2011 to November 11, 2011.

Dated:   October 11th, 2011

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge