IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00353-RPM

LARA ROOSEVELT-HENNIX,

      Plaintiff,

v.

THE CITY OF FLORENCE;
OFFICER SHANE PRICKETT, in his individual and official capacities; and
OFFICER JAMES BARR, in his individual and official capacities,

      Defendants.

___

ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
___

Upon review of defendants' Unopposed Motion to Amend Scheduling Order [14] filed December 15, 2011, it is

ORDERED that the motion is granted. The discovery cut-off is extended to January 10, 2012, for the sole purpose of permitting Defendants to take the depositions of Dr. Saathoff, Dr. Murad, and Dr. Roberts.

Dated:   December 19th, 2011

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge