IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00353-RPM

LARA ROOSEVELT-HENNIX,

    Plaintiff,

v.

THE CITY OF FLORENCE;
OFFICER SHANE PRICKETT, in his individual and official capacities; and
OFFICER JAMES BARR, in his individual and official capacities,

    Defendants.

---

ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

---

    Upon review of defendants' Unopposed Motion to Amend Scheduling Order [16] filed January 20, 2012, it is

    ORDERED that the motion is granted.  The dispositive motion deadline is extended to and including January 24, 2012.

    Dated:   January 20th, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge