**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    May 29, 2012
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Bernique Abiakam

_____

Civil Action No. 11-cv-00353-RPM

LARA ROOSEVELT-HENNIX,                                          L. Dan Rector

         Plaintiff,

v.

THE CITY OF FLORENCE;                                          Sarah E. McClutcheon
OFFICER SHANE PRICKETT, in his individual and official capacities; and
OFFICER JAMES BARR, in his individual and official capacities,

         Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**10:29 a.m.        Court in session.**

Court's preliminary remarks and states its understanding of the case facts.

Argument by Ms. McClutcheon.
Argument by Mr. Rector.
Rebuttal argument by Ms. McClutcheon.

**ORDERED:     Defendants' Motion for Summary Judgment [18], is granted with respect to the
              Second Cause of Action (Excessive Force) against defendant Barr, Third Cause of
              Action (Deprivation of Constitutional Right) against City of Florence and Fourth
              Cause of Action (Assault and Vicarious Liability) against all defendants and denied
              with respect to the First Cause of Action (Excessive Force) against defendant
              Prickett.  Defendants Barr and City of Florence are dismissed and case will proceed
              against defendant Prickett in his individual capacity on plaintiff's First Cause of
              Action.**

**11:14 a.m.        Court in recess.**

Hearing concluded.  Total time: 45 min.