IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00353-RPM

LARA ROOSEVELT-HENNIX,

    Plaintiff,

v.

THE CITY OF FLORENCE, a municipal corporation;
OFFICER SHANE PRICKETT, in his individual and official capacities; and
OFFICER JAMES BARR, in his individual and official capacities,

    Defendants.

## ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION TO VACATE

**THIS MATTER** having come before the Court, the Court having received and reviewed Defendant's Unopposed Motion to Vacate and the file, having considered said Unopposed Motion, the Court hereby

**ORDERS** that the Motion is **GRANTED**. The deadline for the Parties to submit a Pretrial Order (August 16, 2012) and the Pretrial Conference set for August 23, 2012 at 11:00 a.m. are vacated and these requirements are held in abeyance pending the resolution of the Tenth Circuit Court of Appeals case no. 12-1307.

    **DATED:** August 15th, 2012.

    **BY THE COURT:**

    s/ Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge