IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00353-RPM

LARA ROOSEVELT-HENNIX,

    Plaintiff,

v.

OFFICER SHANE PRICKETT,

    Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the conference today, it is

ORDERED that this matter is set for trial to jury on **November 18, 2013, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: September 3rd, 2013

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge