IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00353-RPM

LARA ROOSEVELT-HENNIX,

    Plaintiff,

v.

OFFICER SHANE PRICKETT, in his individual and official capacities,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Stipulation for Dismissal with Prejudice and the file, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulation for Dismissal with Prejudice is GRANTED. The claims for relief against Shane Prickett are hereby dismissed with prejudice, each party is to bear their own attorney fees and costs as agreed between the parties.

DATED this 8th day of November, 2013.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch
Senior U.S. District Court Judge

00831982.DOC